JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ANNE HULSER | FMS INC. |

**(b)** County of Residence of First Listed Plaintiff   Chester County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fred Davis, Esq. Davis Consumer Law Firm, 2500 Computer Rd.-Ste G39, Willow Grove, PA 19090 Telephone: (855) 432-8475

Attorneys *(If Known)*
Aaron R. Easley, Esq., Sessions, Fishman, Nathan & Israel, 3 Cross Creek Drive, Flemington, NJ 08822, (908) 237-1660

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692, et seq.
Brief description of cause:
alleged violations of the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

AUG 30 2019

DATE
08/29/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Aaron R. Easley, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: c/o Fred Davis, Esq., Davis Consumer Law Firm, 2300 Computer Rd., Ste G39, Willow Grove, PA 19090

Address of Defendant: c/o Aaron R. Easley, Esq., SESSIONS, FISHMAN, NATHAN & ISRAEL, 3 Cross Creek Dr., Flemington, NJ 08822-4938

Place of Accident, Incident or Transaction: _____ Chester County, PA _____

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 08/29/2019 _____ _____ 73683

*Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A. Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
    *(Please specify):* _____ FDCPA

**B. Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

AUG 30 2019

DATE: _____ _____ _____

*Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

ANNE HULSER
112 Jagger Lane
MOUNTVILLE, PA
17554                          :        CIVIL ACTION
                    v.         :
                               :        19    3978
FMS INC.                       :
4915 S. Union Avenue           :
TULSA, OK                      :        NO.
74107

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                           ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                       ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.           ( )


| August 29, 2019 | Aaron R. Easley, Esq. | FMS, Inc. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (908) 237-1660 | (908) 237-1663 | aeasley@sessions.legal |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

AUG 30 2019



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ANNE HULSER
112 Jagger Lane
MOUNTVILLE, PA
17554

        Plaintiff,

v.

                                          Case No.:

FMS INC.
4915 S. Union Avenue
TULSA, OK
74107

        Defendants.

                                   /

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, FMS, Inc. ("FMS"), , through undersigned counsel, hereby removes this action from the Court of Common Pleas, Chester County, Commonwealth of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.  In support of this Notice of Removal, FMS states as follows:

1.     Plaintiff, Anne Hulser, originally commenced this action by filing a Complaint against FMS in the Court of Common Pleas, Chester County, Commonwealth of Pennsylvania, where it is presently captioned as *Anne Hulser v. FMS, Inc.*, Case No.: 2019-07378-MJ.   No further proceedings before the Commonwealth court have occurred.

1

2.     In the Complaint, plaintiff alleges statutory causes of action against FMS. A true and correct copy of plaintiff's Complaint is attached hereto as Ex. "A."

3.     Plaintiff accuses FMS of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

4.     FMS received plaintiff's Summons and Complaint on July 31, 2019.

5.     This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.

6.     This Notice of Removal is timely, having been filed within thirty (30) days of the date on which FMS received plaintiff's Complaint. *See* 28 U.S.C. § 1446.

7.     Written notice of this Notice of Removal of this action is being immediately provided to the Court of Common Pleas, Chester County, Commonwealth of Pennsylvania. *See* Ex. "B."

8.     Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, FMS, Inc., gives notice that this action is removed from the Court of Common Pleas, Chester County, Commonwealth of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated August 29, 2019                    Respectfully submitted,

2

Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
3 Cross Creek Dr.
Flemington, NJ 08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (908) 237-1663
aeasley@sessions.legal
*Attorneys for Defendant,*
*FMS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing a copy of the

foregoing was filed by Federal Express upon the Clerk of the Court and by U.S. Mail on

the parties listed below:

Fred Davis, IV Esq.
Davis Consumer Law Firm
2300 Computer Road – Suite G39
Willow Grove, PA 19090
Attorney for Plaintiff

By:

_____
Aaron R. Easley, Esq.
*Attorney for Defendant,*
*FMS, Inc.*

3

# EXHIBIT A



# Davis
## CONSUMERLAWFIRM
*Working For The People*
**Debt Defense, Unfair Debt Collection, Lemon Law, Defective Consumer Products**
**WWW.USACREDITLAWYER.COM; TOLL-FREE:1-855-432-8475; EMAIL-fdavis@usacreditlawyer.com**
**CORPORATE HEADQUARTERS: 2300 Computer Rd.-Ste G39, Willow Grove, Pa 19090**
**\*\*\*Board Certified by the New Jersey Supreme Court as a Civil Trial attorney**
**\*\*Awarded "Rising Star" by Pennsylvania Superlawyer Magazine**

July 23, 2019

*__Sent by First Class and Certified Mail__*
FMS INC.
4915 S. Union Avenue
TULSA, OK  74107

RE: **Anne Hulser v FMS, INC.**
**Chester County C.C.P. Docket No.: 2019-07378-MJ**

Dear Sir/Madam:

Please accept the enclosed in accordance with Pennsylvania Rule of Civil Procedure 403. Please be advised also that a responsive pleading is due within twenty days of receipt of the complaint. Please contact me if you would like to discuss a resolution prior to filing your Answer. I can be reached by email or phone at the number listed above.

Given the procedural posture and 'age' of the case, I can tender a demand of $1,850.00 inclusive of all fees and costs. At the present time I have extremely flexible settlement authority, but this will diminish once more work is required in this fee shifting case. *See* 15 U.S.C. § 1692k. Kindly respond at your convenience but prior to the default deadline listed above.

Please also refrain from any contact with Mr. Perez or any third-parties regarding this or any other alleged debts and instead communicate exclusively through my office. Please also ensure that Mr. Perez's credit reports are updated to reflect the fact that this debts are disputed and that the actual dates of the alleged default/last account activity are listed.

Very Truly Yours,

Fred Davis, Esq.

**Supreme Court of Pennsylvania**

**Court of Common Pleas**

**Civil Cover Sheet**

**CHESTER** County



| For Prothonotary Use Only: | Filed and Attested by PROTHONOTARY Jul 2019 05:13 PM |
|---|---|
| Docket No: | |
| 2019-07378-MJ | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

---

**Commencement of Action**

✔ Complaint    ___ Writ of Summons    ___ Petition

___ Transfer from Another Jurisdiction    ___ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| **ANNE HULSER** | **FMS INC.** |

| Are money damages requested?  ✔ Yes   ___ No | Dollar Amount Requested:  ✔ Within arbitration limits |
| | (check one)   ___ outside arbitration limits |

| Is this a Class Action Suit?   Yes  ✔ No | Is this an MDJ Appeal?   Yes  ✔ No |

Name of Plaintiff/Appellant's Attorney: fred e davis, iv

**Check here if you have no attorney(are a Self-Represented [Pro Se] Litigant)**

---

**Nature of the Case:** Place "X" to the left of the ONE case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

| TORT *(do not include Mass Tort)* | CONTRACT *(do not include Judgments)* | CIVIL APPEALS |
|---|---|---|
| ___ Intentional | ___ Buyer Plaintiff | Administrative Agencies |
| ___ Malicious Prosecution | ___ Debt Collection: Credit Card | ___ Board of Assessment |
| ___ Motor Vehicle | ___ Debt Collection: Other | ___ Board of Elections |
| ___ Nuisance | ___ Employment Dispute: | ___ Dept. of Transportation |
| ___ Premises Liability | Discrimination | ___ Statutory Appeal: Other |
| ___ Product Liability *(does not include mass tort)* | ___ Employment Dispute: Other | ___ Zoning Board |
| ___ Slander/Libel/Defamation | ___ Other | ___ Other: |
| ___ Other: | | |

| MASS TORT | REAL PROPERTY | MISCELLANEOUS |
|---|---|---|
| ___ Asbestos | ___ Ejectment | ___ Common Law/Statutory Arbitration |
| ___ Tobacco | ___ Eminent Domain/Condemnation | ___ Declaratory Judgement |
| ___ Toxic Tort - DES | ___ Ground Rent | ___ Mandamus |
| ___ Toxic Tort - Implant | ___ Landlord/Tenant Dispute | ___ Non-Domestic Relations |
| ___ Toxic Waste | ___ Mortgage Foreclosure: Residential | ___ Restraining Order |
| ___ Other: | ___ Mortgage Foreclosure: Commercial | ___ Quo Warranto |
| | ___ Partition | ___ Replevin |
| **PROFESSIONAL LIABILITY** | ___ Quiet Title | ✔ Other: |
| ___ Dental | ___ Other: | |
| ___ Legal | | |
| ___ Medical | | |
| ___ Other Professional | | |

2019-07378-MJ

**Chester County**
**Court of Common Pleas**
**Cover Sheet**

| Docket No: |
| --- |
| **2019-07378-MJ** |

| Plaintiff(s): (Name, Address) | Plaintiff's/Appellant's Attorney(circle one) |
| --- | --- |
| **ANNE HULSER** | (Name, firm, address, telephone and attorney ID#) |
| 112 JAGGER LANE   MOUNTVILLE, PA  17554 | **fred e davis, iv** |
| | (855) 432-8475 davis consumer law firm attorney ID#: 093907 |
| | 2300 Computer Rd Suite G39 Willow Grove, PA 19090 |

| Defendant(s): (Name, Address) | Are there any related cases? Please provide case nos. |
| --- | --- |
| **FMS INC.** | |
| 4915 S. UNION AVENUE   TULSA, OK  74107 | |

**Defendants who are proceeding without counsel are strongly urged to file with the Prothonotary a written statement of an address AND a telephone number at which they can be reached**

Commencement of Action (if applicable):__   Agreement for an Amicable Action __   Motion to Confirm Arbitration Award
Notice of Appeal

If this is an appeal from a Magisterial District Judgement, was appellant __ Plaintiff or __ Defendant in the original action?

Jury Trial Demanded ✔ Yes __ No

Nature of case if not on previous cover sheet - Please choose the most applicable

| | | |
| --- | --- | --- |
| __ Annulment | | __ Writ of Certiorari |
| __ Custody - Conciliation Required | | __ Injunctive Relief |
| __ Custody - Foreign Order | | __ Mechanics Lien Claim |
| __ Custody - No Conciliation Required | | __ Issuance of Foreign Subpoena |
| __ Divorce - Ancillary Relief Request | | __ Name Change |
| __ Divorce - No Ancillary Relief Requested | | __ Petition for Structured Settlement |
| __ Foreign Divorce | | |
| __ Foreign Protection from Abuse | | |
| __ Paternity | | |
| __ Protection from Abuse | | |
| __ Standby Guardianship | | |

| **Arbitration Cases Only** | | **Notice of Trial Listing Date** |
| --- | --- | --- |
| Arbitration Date | 2020-01-24 | Pursuant to C.C.R.C.P. 249.3, if this case is not subject to compulsory arbitration it will be presumed ready for trial twelve (12) months from the date of the initiation of the suit and will be placed on the trial list one (1) year from the date the suit was filled unless otherwise ordered by the Court. |
| Arbitration Time | 09:00:00 | |

Defendants are cautioned that the scheduling of an arbitration date does not alter the duty of the defendant to respond to the complaint and does not prevent summary disposition form occurring prior to the arbitration date.

This matter will be heard by a Board of Arbitrators at the time and date specified but, if one or more of the parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial *de novo* on appeal from a decision entered by a judge.

To obtain relief from automatic trial listing a party must proceed pursuant to C.C.R.C.P. 249.3(b), request an administrative conference and obtain a court order deferring the placement of the case on the trial list until a later date.

**File with:** Chester County Justice Center, Prothonotary Office, 201 W. Market St., Ste. 1425, PO Box 2746, West Chester, PA 19380-0989

*2019-07378-MJ*

Fred Davis, Esq.
Identification No. 93907
DAVIS CONSUMER LAW FIRM
2300 Computer Rd.-Ste G39
WILLOW GROVE, PA  19090
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUESTED.


Filed and Attested by
PHOTHONOTARY
22 JUL 2019 06:13 PM

| | |
|---|---|
| ANNE HULSER<br>112 Jagger Lane<br>MOUNTVILLE, PA<br>17554<br><br>*Plaintiff*<br><br>*v.*<br><br>FMS INC.<br>4915 S. Union Avenue<br>TULSA, OK<br>74107<br><br>*Defendant* | COURT OF COMMON PLEAS<br>CHESTER COUNTY<br><br><br>CIVIL ACTION<br><br><br><br>DOCKET NO.: |

### NOTICE TO DEFEND
### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

### CHESTER COUNTY BAR ASSOCIATION-LAWYER REFERRAL& INFO SERVICE
Chester Bar Association
15 W Gay St #2,
West Chester, PA
19380
Phone: (610) 692-1889

*2019-07378-MJ*

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas an las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de ia fecha de la demanda y ia notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, le corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u ostros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

### SERVICIO DE REFERENCIA LEGAL
Colegio de Abogados de Chester
15 W Gay St #2,
West Chester, PA
19380
Phone: (610) 692-1889

2019-07378-MJ

Fred Davis, Esq.
Identification No. 93907
DAVIS CONSUMER LAW FIRM
2300 Computer Rd.-Ste G39
WILLOW GROVE, PA   19090
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTE
ASSESSMENT OF DAMAGES
HEARING IS REQUESTED.



---

ANNE HULSER
112 Jagger Lane
MOUNTVILLE, PA
17554

*Plaintiff*

*v.*

FMS INC.
4915 S. Union Avenue
TULSA, OK
74107

*Defendant*

|  |
|---|
| COURT OF COMMON PLEAS CHESTER COUNTY |
| |
| CIVIL ACTION |
| |
| DOCKET NO.: |

## COMPLAINT

1.      Plaintiff, ANNE HULSER, is an adult individual citizen and

legal resident of the State of Pennsylvania, living at 112 Jagger Lane, Mountville, PA, 17554.

2.      Defendant, FMS INC., is a business corporation qualified to and regularly

conducting business in, the Commonwealth of Pennsylvania, with its legal residence and

principal place of business at 4915 S. Union Avenue, TULSA, OK 74107. Defendant can be

served at that address.

3.      Plaintiff avers that at all times material hereto, Defendant acted by

and through its authorized agents, servants, officers, and/or employees, including Defendant, all

of whom were acting within the scope of their employment.

*2019-07378-MJ*

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction".

5. Defendant regularly conducts business in the State of Pennsylvania and in the County of Chester, therefore, personal jurisdiction is established.

6. Venue is proper in Chester County pursuant to Pennsylvania Rule(s) of Civil Procedure §§ 1006 and 2179.

7. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

## PARTIES

8. Plaintiff is a natural person residing in Mountville, PA. Some/all of the transactions comprising the alleged debt occurred in Chester County.

9. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3). The transactions comprising the alleged debt were for consumer related purchases, such as household hoods, food, clothing, etc.

10. Defendant, FMS INC., is a company handling debt collection matters with headquarters located at 4915 S. Union Avenue, TULSA, OK 74107.

11. Defendant is a debt collector as that term is defined by 15 U.S.C. §1692a(6), and sought to collect a consumer debt from Plaintiff, as the alleged debt in questions stems from the acquisition of personal goods and services, such as household items, clothing, groceries, etc.

12. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

13.     Throughout the past year, Defendant has contacted Plaintiff attempting to collect a debt it alleges originated with "SYNCHRONY BANK" in the amount of $413.42. *See Exhibit "A".*

14.     Plaintiff alleges and avers that Defendant contacted Plaintiff at irregular times and places, and often times hung up before identifying itself, only to call right back, in violation of 15 U.S.C. §§ 1692c(a)(1) and d.

15.     Plaintiff alleges and avers that Defendant sought to collect amounts comprised largely of improper fees and/or interest, and Defendant's collection efforts were thus in violation of 15 U.S.C. §§1692e and f(1).

16.     Plaintiff alleges and avers that Defendant's letter fails to inform Plaintiff that litigation premised on the alleged debt is barred by the applicable statute of limitations, and that any payment or even a verbal/written acknowledgement of the alleged debt could re-start the statute, and Defendant thereby violated 15 U.S.C. §1692e(2).

17.     Plaintiff alleges and avers that there is no written agreement between Plaintiff and "SYNCHRONY BANK" regarding repayment and Defendant's collection efforts are thus in violation of 15 U.S.C. §1692f(1).

18.     Plaintiff alleges and avers that Defendant's attempt to collect the alleged debt is not authorized by law or a duly executed written agreement, and Defendant's collection attempts thereby violated 15 U.S.C. §1692f(1).

## COUNT I
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

19.     In its actions to collect a disputed debt, Defendant violated the FDCPA in one or more of the following ways:

a. Harassing, oppressing or abusing Plaintiff in connection with the collection of a debt in violation of 15 U.S.C. § 1692d.

b. Using misrepresentations or deceptive means to collect a debt in violation of 15 U.S.C. § 1692e(10).

c. Using unfair or unconscionable means to collect a debt in violation of 15 U.S.C. §1692f.

d. By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

WHEREFORE, Plaintiff, ANNE HULSER, respectfully prays for a judgment as follows:

a. All actual compensatory damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

b. Statutory damages of $1,000.00 for each violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

d. Any other relief deemed appropriate by this Honorable Court.

## COUNT TWO
## THE PENNSYLVANIA UNFAIR TRADE PRACTICES ACT AND CONSUMER PROTECTION LAW ("UFTPL")

20. Plaintiff hereby incorporates all facts and allegations specified in paragraphs above, by reference as if fully set forth at length.

21. Plaintiff is a "Person" as defined by 73 P.S. § 201-2(2).

22. Defendant is a "Person(s)" as defined by 73 P.S. § 201-2(2).

23. The Pennsylvania Unfair Trade Practices and Consumer

*2019-07378-MJ*

Protection Act, 73 P.S. § 201-2(4), defines "unfair or deceptive acts or practices" to
include the following:

(a) Causing likelihood of confusion or of misunderstanding as to the
source, sponsorship, approval or certification of goods or services;

(b) Causing likelihood of confusion or of misunderstanding as to
affiliation, connection or association with, or certification by, another;

(c) Engaging in any other fraudulent or deceptive conduct
which creates a likelihood of confusion or of misunderstanding;

(d) Any violation of 73 Pa. Cons. Stat. Ann. § 2270.

24.     Plaintiff alleges and avers that Defendants violated the Act by
misrepresenting that any debt was owed, and further by claiming that improper fees and
exorbitant charges were part of the alleged debt, and that Defendant's conduct complained of
herein paragraphs amounts to violations of the Fair Credit Uniformity Extension Act, 73 Pa. C.S.
§ 2270, et seq, and is thus a concomitant violation of the Unfair Trade Practices Act.

25.     Plaintiff alleges and avers that Defendant violated the Act by
misrepresenting that any debt was owed, and further by claiming that improper fees and
exorbitant charges were part of the alleged debt.

26.     Plaintiff further alleges and avers that Defendant's misleading reference to
account ownership, unspecified fees and interest, misreporting of credit information and
misrepresentations surrounding the alleged debt was done to confuse and deceive Plaintiff into
thinking the debt was legitimate, and Defendant thereby violated the Act.

27.     The UTPCPL authorizes the Court, in its discretion, to award up to

three (3) times the actual damages sustained for violations, and/or $100.00 for statutory damages.

Plaintiff avers entitlement to all actual and statutory damages, as well as written confirmation

that Defendant has properly reported to the relevant credit bureaus accurate information

surrounding the invalidation of the bogus "debt", plus treble that amount, and attorney fees and

costs, for Defendant's per se and statutory violations of Pennsylvania Law.


DAVIS CONSUMER LAW FIRM

By:   /s/

Fred Davis-PA ID# 93907
Attorney for Plaintiff, ANNE HULSER
2300 Computer Rd.-Ste G39
Willow Grove, Pa   19090
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com

## V E R I F I C A T I O N

Fred Davis, states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

DAVIS CONSUMER LAW FIRM

By:   /s/

Fred Davis-PA ID# 93907
Attorney for Plaintiff, ANNE HULSER
2300 Computer Rd.-Ste G39
Willow Grove, Pa   19090
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com

*2019-07378-MJ*

# EXHIBIT

# "A"

**FMS INC.**
PO BOX 707600 • TULSA, OK 74170-7600
855-801-1232
918-749-5659 FAX

PO BOX 707600
TULSA, OK 74170-7600

June 4, 2019

FMS INC.
PO BOX 707600
TULSA, OK 74170-7600

ANNE HULSER
112 JAGGER LN
MOUNTVILLE, PA 17554-1879

52013878 - 8541 - 500

---

*** Detach Upper Portion And Return With Payment ***

**FMS**
INCORPORATED
PO BOX 707600
TULSA, OK 74170-7600
Toll Free: 855-801-1232

Office Lobby Hours Mon - Fri 8:00AM to 5:00PM CST
Call Center Hours Mon - Thur 8:00AM to 7:00PM CST
Call Center Hours Friday 8:00AM to 5:00PM CST
Call Center Hours Saturday 9:00AM to 1:00PM CST

Street Address: FMS INC. • 4915 South Union Avenue • Tulsa • Oklahoma • 74107

---

June 4, 2019

Dear Anne Hulser,

This is to inform you that the creditor, as listed, has placed your Walmart Credit Card account with this agency for collection of this obligation.

You may not have intentionally neglected this obligation, but it does require your attention. We would like your cooperation. Subject to your right to dispute the debt we ask that you

1. Remit payment to this office or,
2. Contact this office toll free at 855-801-1232 to arrange an acceptable payment plan.

Your payment should be made payable to SYNCHRONY BANK and mailed to the address on the tear-off portion of this letter.

We also accept payment by MoneyGram and Debit Card. Call us at 855-801-1232 for information on these easy methods of payment.

| Account Summary | |
|---|---|
| **Creditor** | |
| SYNCHRONY BANK | |
| **Customer No** | |
| XXXXXXXXXXXX2860 | |
| **Account No** | |
| 52013878 | |
| **Total Balance Due:** | |
| $413.42 | |

**IMPORTANT NOTIFICATION PER FEDERAL LAW**
**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE. THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*2019-07378-MJ*

| Payment Options |
|---|
| **Payments by MoneyGram** |
| Please call us at 855-801-1232 |
| **Payments by Phone** |
| Please call us at 855-801-1232 Pay with your Debit card or make a Check-By-Phone payment |
| **Payments by Mail** |

# EXHIBIT B

**IN THE COURT OF COMMON PLEAS OF
CHESTER COUNTY, PENNSYLVANIA
CIVIL DIVISION**

|  |  |
|---|---|
| ANNE HULSER<br>112 Jagger Lane<br>MOUNTVILLE, PA<br>17554<br><div align="right">Plaintiff,</div><br>v.<br><br>FMS INC.<br>4915 S. Union Avenue<br>TULSA, OK<br>74107<br><div align="right">Defendant.</div> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<div align="right">

CASE NO.: 2019-07378-MJ

**NOTICE OF FILING OF
NOTICE OF REMOVAL TO THE UNITED
STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

</div>

TO:    Clerk of the Court
Court of Common Pleas
Chester County
201 W. Market Street, Suite 1400
West Chester, PA 19380

Fred Davis, IV Esq.
Davis Consumer Law firm
2300 Computer Road – Suite G39
Willow Grove, PA 19090
Email: fdavis@usacreditlawyer.com
*Attorney for Plaintiff*

PLEASE TAKE NOTICE that this action has been removed to the United States District Court

for the Eastern District of Pennsylvania. Attached hereto as Exhibit "1" is a copy of the Notice of

Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Court

of Common Pleas for Chester County, Commonwealth of Pennsylvania, shall proceed no further in

<div align="center">1</div>

this action unless and until the action is remanded by the United States District Court for the Eastern

District of Pennsylvania.


Dated:  August 29, 2019                    Respectfully submitted,

                                           /s/ Aaron R. Easley
                                           Aaron R. Easley, Esq.
                                           SESSIONS, FISHMAN, NATHAN & ISRAEL
                                           3 Cross Creek Dr.
                                           Flemington, NJ 08822-4938
                                           Telephone No.: (908) 237-1660
                                           Facsimile No.: (908) 237-1663
                                           aeasley@sessions.legal
                                           *Attorneys for Defendant,*
                                           *FMS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing was filed electronically

in the Courts Electronic Filing System.  Notice of this filing was forwarded to counsel of record,

via U.S. mail, postage prepaid.

    Clerk of the Court
    Court of Common Pleas
    Chester County
    201 W. Market Street, Suite 1400
    West Chester, PA 19380

    Fred Davis, IV Esq.
    Davis Consumer Law firm
    2300 Computer Road – Suite G39
    Willow Grove, PA 19090
    Email:  fdavis@usacreditlawyer.com
    *Attorney for Plaintiff*

                          By:    /s/ Aaron R. Easley
                                 Aaron R. Easley, Esq.
                                 *Attorney for Defendant,*
                                 *FMS, Inc.*